AMERICAN NATL. INS. CO. v. INGRAM

No. 455P83.

Case below: 63 N.C. App. 38.

Petition by plaintiff for writ of certiorari to North Carolina Court of Appeals denied 6 December 1983.

COCHRAN v. PIEDMONT PUBLISHING CO.

No. 353P83.

Case below: 62 N.C. App. 548.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 December 1983. Notice of appeal dismissed 6 December 1983.

DRIGGERS v. UNITED INSURANCE

No. 475P83.

Case below: 63 N.C. App. 568.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 December 1983.

DUGGINS v. TOWN OF WALNUT COVE

No. 507P83.

Case below: 63 N.C. App. 684.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 December 1983.

DUKE UNIVERSITY v. AMERICAN ARBITRATION ASSOC.

No. 502P83.

Case below: 64 N.C. App. 75.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 December 1983.